**No. 42002.**—Protests 833111–G, etc., of Milnor, Inc. (Honolulu).

Opinion by DALLINGER, J.    The evidence was held to fall far short of sustaining the claim that these trays are smokers' articles and there was no evidence anywhere in the record that they are not gold plated.   On the record presented the protests were overruled.

**No. 42003.**—Protest 548330–G of Irving W. Rice & Co. (New York).

Opinion by DALLINGER, J.    In accordance with stipulation of counsel the flasks in question were held dutiable as hollow ware at 40 percent under paragraph 339 as claimed.   *Viking Trading Co.* v. *United States* (C. D. 132) cited.

**No. 42004.**—Protest 866686–G of Greenberg & Josefsberg (New York).

Opinion by DALLINGER, J.    It was stipulated that the vases and bookends in question are chiefly used in the household for utilitarian purposes.   The claim at 50 percent under paragraph 339 was therefore sustained.

**No. 42005.**—Protests 386331–G, etc., of Saks & Co., Inc. (New York).

Opinion by DALLINGER, J.    It was stipulated that the merchandise consists of bottles, boxes, incense burners, flacons, whisky barrels, buckets, and atomizers chiefly used in the household for utilitarian purposes.   The claim at 40 percent under paragraph 339 was therefore sustained.   *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), and *Rice* v. *United States* (T. D. 49373) cited.

**No. 42006.**—Protest 306764–G of Saks & Co. (New York).

Opinion by DALLINGER, J.    In accordance with stipulation of counsel atomizers, trays, bookends, bottles, boxes, and flacons chiefly used in the household for utilitarian purposes were held dutiable at 40 percent under paragraph 339.   *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id 282, T. D. 46816), *Rice* v. *United States* (T. D. 49373), and Abstract 39787 cited.